

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00091-CV

**TEXAS DEPARTMENT OF TRANSPORTATION**,
Appellant

v.

Hector R. **RAMIREZ**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2014CVT002640-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that Appellee recover costs of this appeal from Appellant.

SIGNED August 8, 2018.

_____
Irene Rios, Justice